**Patsy N. SAKUMA, Plaintiff–Appellant,**

v.

**ASSOCIATION OF APARTMENT OWNERS OF the TROPICS AT WAIKELE, by it's Board of Directors and James S. Kometani, Commissioner, Defendants–Appellees.**

No. 09–17448.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Oct. 5, 2010.

Patsy N. Sakuma, Los Angeles, CA, pro se.

Kevin Paul Hisami Sumida, Esquire, Sumida & Tsuchiyama, L.L.C., Honolulu, HI, for Defendants–Appellees.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

The district court properly dismissed Patsy N. Sakuma's ("Sakuma") action as moot because her condominium had been sold and there was no longer a controversy as to which effective relief could be granted. *See Vill. of Gambell v. Babbitt,* 999 F.2d 403, 406 (9th Cir.1993).

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Sakuma's remaining contentions are unpersuasive.

**AFFIRMED.**

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.